# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2013

## NO. 03-13-00270-CV

**Anita Wyndham, Appellant**

**v.**

**Paul Wyndham, Appellee**

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON**

**IT APPEARING** to this Court that the appellant has neither paid, nor made arrangements to pay for the clerk's record; has not submitted a status report regarding this appeal, and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.